MICHAEL G. CASEY, RESPONDENT, *v.* THE MANHATTAN FIRE INSURANCE COMPANY, APPELLANT.

Judgment reversed, new trial granted; referee discharged; costs to abide event.

Opinion by LEARNED, P. J.

GEORGE PERT, APPELLANT, *v.* MARY E. BACON, AS SOLE EXECUTRIX, &C., RESPONDENT.

Judgment reversed, new trial granted, costs to abide event.

Opinion by BOOKES, J.

JAMES BASSETT, APPELLANT, *v.* SARAH E. GETTY, RESPONDENT.

Decree affirmed, with costs against appellant.

Opinion by LEARNED, P. J.

PELATIAH J. MARSH, APPELLANT, *v.* JOHN M. KINNEY, RESPONDENT.

Judgment affirmed, with costs.

Opinion by BOOKES, J.

GEORGE MERKLEY, APPELLANT, *v.* JOHN T. GREEN, RESPONDENT.

Judgment and order affirmed, with costs.

Opinion by BOOKES, J.

DAVID CARR AND HERMAN A. BLANCHARD, RESPONDENTS, *v.* ANN PENDERGRASS, APPELLANT.

Judgment affirmed, with costs.

Opinion by LEARNED, P. J.

ISAAC J. ST. JOHN, RESPONDENT, *v.* CHESTER ROOD, APPELLANT.

Judgment and order affirmed, with costs.

Opinion by BOOKES, J.

JEREMIAH BARRY, AS ADMINISTRATOR, &C., RESPONDENT, *v.* THE NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, APPELLANT.

Judgment and order reversed, new trial granted, costs to abide event.

Opinion by BOOKES, J.